Bradley S. Thomas (SBN 78946)
**MASON • THOMAS**
Attorneys at Law
2840 Fifth Street
Davis, CA 95618-7759
Telephone:   (530) 757-0883
Facsimile:    (530) 757-0895
E-mail:         Brad@masonthomas.com

Attorneys for Plaintiff
**VASCO ESPINOZA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| VASCO ESPINOZA, | CASE NO.:  2:10-cv-03213-JAM-GGH |
| Plaintiff, | ORDER DENYING MOTION TO DISMISS FIRST AMENDED COMPLAINT |
| vs. | |
| PATRICK A. CORVINGTON, CHIEF EXECUTIVE OFFICER, CORPORATION FOR NATIONAL AND COMMUNITY SERVICE and DOES 1 through 50, inclusive, | Trial Date:           Not Yet Assigned |
| | Complaint Filed:   12/01/2010 |
| Defendants.    / | |

The defense motion to dismiss plaintiff's first amended complaint came on for hearing on May 16, 2012 before the Honorable John A. Mendez.  Plaintiff was represented by Bradley S. Thomas of the  law firm Mason • Thomas; defendant was represented by Lynn Trinka Ernce of the United States Attorney's Office.  The Court having considered the parties' papers filed in support and in opposition, and having heard oral arguments and for reasons stated on the record,

The defendant's motion to dismiss plaintiff's first amended complaint is DENIED.

Defendant shall file a response within 20 days.  Plaintiff is to file an order within

PDF created with pdfFactory trial version www.pdffactory.com

1  10 days.

3     DATED:  5/25/2012

5                                           /s/ John A. Mendez
                                            Honorable John A. Mendez
6                                           Judge of the United States District Court

9  APPROVED AS TO FORM AND CONTENT:

11   /s/ Lynn Trnka Ernce        5/25/2012
   _____
12  Lynn Trinka Ernce              Date
   Attorneys for Defendant
13  PATRICK A. CORVINGTON

PDF created with pdfFactory trial version www.pdffactory.com