BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2720
Facsimile:  (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASCO ESPINOZA,<br><br>           Plaintiff,<br><br>       v.<br><br>PATRICK A. CORVINGTON, Chief Executive Officer of the CORPORATION FOR NATIONAL AND COMMUNITY SERVICE,<br><br>           Defendant. | Case No.  2:10-cv-03213 JAM GGH<br><br>**NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER** |

NOTICE IS HEREBY GIVEN that, on April 9, 2012, Wendy Spencer became the Chief Executive Officer of the Corporation for National and Community Service.  Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), Wendy Spencer will be substituted as defendant in place of Patrick A. Corvington, and all further proceedings in this action "shall be in the name of the substituted part[ies]."

DATED: June 5, 2012                    BENJAMIN B. WAGNER
                                       United States Attorney

                              By:      */s/ Lynn Trinka Ernce*
                                       LYNN TRINKA ERNCE
                                       Assistant United States Attorney

**IT IS SO ORDERED.**

Date: 6/5/2012                         /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       United States District Court Judge

NOTICE OF SUBSTITUTION OF
DEFENDANT AND ORDER (Espinoza)

PDF created with pdfFactory trial version www.pdffactory.com