1   BENJAMIN B. WAGNER
    United States Attorney
2   LYNN TRINKA ERNCE
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA  95814
4   Telephone:  (916) 554-2720
    Facsimile:  (916) 554-2900
5

6   Attorneys for Defendant

7

8                   IN THE UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10

11  VASCO ESPINOZA,                        Case No.  2:10-cv-03213 JAM CMK

12          Plaintiff,                     **STIPULATION AND ORDER
                                           FOR INDEPENDENT MEDICAL
13          v.                             EXAMINATION**

14  WENDY SPENCER,                         **[Fed. R. Civ. P. 35]**

15          Defendant.

16

17          The parties stipulate that plaintiff will submit to an independent medical examination by Robert

18  F. Asarnow, Ph.D., on May 14, 2013, beginning at 9:00 a.m., at a Sacramento location to be determined.

19  DATED:  March 18, 2013                      BENJAMIN B. WAGNER
                                                 United States Attorney
20
                                          By:    */s/ Lynn Trinka Ernce*
21                                               LYNN TRINKA ERNCE
                                                 Assistant United States Attorney
22

23  DATED:  March 19, 2013                      MASON & THOMAS

24                                        By:    /s/ Bradley S. Thomas
                                                 BRADLEY S. THOMAS
25                                               Attorney for Plaintiff

26

27

28

IME STIPULATION (ESPINOZA)

1

**IT IS SO ORDERED.**

2 **Date:  3/22/2013**

3

4 _____

5 **CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IME STIPULATION (ESPINOZA)