BENJAMIN B. WAGNER
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2720
Facsimile: (916) 554-2900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VASCO ESPINOZA,<br><br>      Plaintiff,<br><br>  v.<br><br>WENDY SPENCER,<br><br>      Defendant. | Case No. 2:10-cv-03213 JAM CMK<br><br>**STIPULATION AND ORDER FOR INDEPENDENT MEDICAL EXAMINATION**<br><br>**[Fed. R. Civ. P. 35]** |

The parties stipulate that plaintiff will submit to an independent medical examination by Robert F. Asarnow, Ph.D., on May 14, 2013, beginning at 9:00 a.m., at a Sacramento location to be determined.

DATED: March 18, 2013           BENJAMIN B. WAGNER
                                United States Attorney

                        By:     */s/ Lynn Trinka Ernce*
                                LYNN TRINKA ERNCE
                                Assistant United States Attorney


DATED: March 19, 2013           MASON & THOMAS

                        By:     */s/ Bradley S. Thomas*
                                BRADLEY S. THOMAS
                                Attorney for Plaintiff

IME STIPULATION (ESPINOZA)

1
2  **IT IS SO ORDERED.**
   **Date:  3/22/2013**
3
4
5  _____
   **CRAIG M. KELLISON**
6  UNITED STATES MAGISTRATE JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IME STIPULATION (ESPINOZA)